**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No.: 20-13625-LMI
                                                                       Chapter 13

    Isabel C Meneses
_____Debtor(s)_____/

### OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *2-1* | *Internal Revenue Service* | *$2,511.62* |

Basis for Objection and Recommended Disposition

On or about April 8, 2020, Creditor filed a proof of claim in the amount of $2,511.62 and the same amount as a priority claim for purported liability for the 2018 tax year. The Debtor did not have any additional income other than her Social Security payments and did not meet the threshold to file. Therefore, the Debtor objects to any liability and seeks to strike and disallow the claim in full.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: June 26, 2020

Respectfully Submitted:
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 0442161
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)