

**ORDERED in the Southern District of Florida on August 16, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re:                                                   Case No.: 20-13625-LMI
                                                         Chapter 13

    Isabel C Meneses

               Debtor(s)              /

### ORDER SUSTAINING OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE

THIS MATTER having come to be heard without objection on the consent calendar on August 6, 2020 at 9:00 am upon Debtor's Objection to Claim of Internal Revenue Service (ECF#26; claim #2-1) and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proof of claim of Internal Revenue Service is SUSTAINED.

2. The claim is stricken and disallowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 0442161
Telephone: (305) 687-8008
E-Mail:court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)